UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| BRANDON GROSS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:17-cv-00297-JAW |
| | ) | |
| SCOTT LANDRY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objection having been filed to the Magistrate Judge's Recommended Decision filed November 17, 2017 (ECF No. 19), the Recommended Decision is accepted.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

Accordingly, is hereby ORDERED that the Plaintiff's claims against Defendants Bailey, Brown, Carr, James, Lussier, Reed, Segler, Shipman and Welch be dismissed. It is further ORDERED that the Complaint (ECF No. 1) pursuant to U.S.C. § 1915(d) be served on Defendants Clinton, Freeman, Landry, McDonough, Riebe and Correct Care Solutions, LLC on Plaintiffs'

deliberate indifference claim and Plaintiff's discrimination claims under the American with Disabilities Act and the Maine Human Rights Act.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 18th day of December, 2017