UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| BRANDON M. GROSS, | ) | |
| Plaintiff | ) ) ) | |
| v. | ) ) | 2:17-cv-00297-LEW |
| SCOTT R. LANDRY, et al. | ) ) ) | |
| Defendants | ) | |

## ORDER AFFIRMING RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

On March 19, 2019, the United States Magistrate Judge filed with the court, with copies to the parties, his Recommended Decision on Defendants' Motion for Summary Judgment. The time within which to file objections expired on April 3, 2019, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is hereby AFFIRMED and ADOPTED. Summary Judgment is granted to the remaining Defendants, Correct Care Solutions, LLC, Dr. Robert Clinton, Hope Freeman, Cindy McDonough, and Wendy Riebe, on all outstanding claims.

**SO ORDERED.**

Dated this 19th day of April , 2019.

/s/ Lance E. Walker
**U.S. DISTRICT JUDGE**